UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

_____

**PAINTERS LOCAL 802 PENSION FUND, et al.**

   **Plaintiffs,**

v.               Case No. 19-cv-890

**BADGER SPECIALTY COATINGS &
CONSTRUCTION LLC,**

   **Defendant.**
_____

## NOTICE OF VOLUNTARY DISMISSAL
_____

Based upon the settlement reached between the parties, Plaintiffs hereby voluntarily dismiss the above-entitled action without prejudice pursuant to Rule 41(a)(1)(i) of the Fed. R. Civ. P.

Dated this 6th day of February, 2020.

            s/Christopher J. Ahrens
            Christopher J. Ahrens (SBN 1043237)
            The Previant Law Firm, S.C.
            310 West Wisconsin Avenue, Suite 100MW
            Milwaukee, WI 53203
            414-271-4500 (Telephone)
            414-271-6308 (Fax)
            Email: cja@previant.com

            Attorney for Plaintiffs